UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FILED
JUL 0 9 2023
Clerk, US District Court
Middle District of Florida
Fort Myers, Florida

US BANK NATIONAL ASSOCIATION,
AS TRUSTEE FOR CREDIT SUISSE
FIRST BOSTON CSFB 2005-11,

    Plaintiff,

v.

BARBARA ANN KELLY, et al.,

    Defendants.
_____/

Case No.: 2:23cv504 SPC-NPM

## NOTICE OF REMOVAL

Gregory B. Myers ("Defendant"), pursuant to 28 U.S.C. §§ 1334 and 1452, hereby gives notice of removal of the lawsuit styled *US Bank National Association, as Trustee for Credit Suisse First Boston CSFB 2005-11 v. Barbara Ann Kelly, et al.*, filed in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, Case No. 11-2009-CA-010813 ("State Court Action") to the United States District Court for the Middle District of Florida. In support, Defendant states as follows:

    1.    28 U.S.C. § 1452 provides for removal of claims or causes of action in civil actions pending in state or federal courts when the claim or cause of action is within the jurisdiction conferred by 28 U.S.C. §1334.

    2.    28 U.S.C. § 1334(b) confers jurisdiction over "all civil proceedings arising under title 11, or arising in or related to cases under title 11."

    3.    On April 19, 2023, Barbara Ann Kelly filed a petition for relief under the Bankruptcy Code in the United States Bankruptcy Court for the District of Maryland, Case No. 23-12700 (the "Bankruptcy Case").

4.  The State Court Action was pending when the Bankruptcy Case was commenced, and this notice of removal is being filed within 90 days after the order for relief in said Bankruptcy Case. Further, no order has been entered terminating the stay under 11 U.S.C. § 362 in said Bankruptcy Case. Thus, removal is timely pursuant to Federal Rule of Bankruptcy Procedure 9027.

5.  Defendant does not consent to entry of final orders or judgment by the bankruptcy court.

RESPECTFULLY SUBMITTED on this 9th day of July, 2023.

/s/ Gregory B. Myers
Gregory B. Myers, pro se
700 Gulf Shore Blvd. N.
Naples, Florida 34102
(301) 325-2312
gregbmyers@verizon.net