# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith  
Clerk of Court

For rules and forms visit  
www.ca11.uscourts.gov

May 16, 2024

Clerk - Middle District of Florida  
U.S. District Court  
U.S. Courthouse and Federal Building  
2110 1ST ST  
FORT MYERS, FL 33901

Appeal Number: 24-10575-G  
Case Style: US Bank National Association v. Gregory Myers, et al  
District Court Docket No: 2:23-cv-00504-JES-NPM

The referenced appeal was dismissed.

Enclosed herewith is a copy of this court's order reinstating the appeal.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

REINST-1 Court Order Reinstatement

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10575

_____

US BANK NATIONAL ASSOCIATION,
as Trustee for Credit Suisse First Boston
CSFB 2005-11,

                                                                       Plaintiff-Appellee,

*versus*

GREGORY BRIAN MYERS,
BARBARA ANN KELLY,

                                                   Defendant-Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 2:23-cv-00504-JES-NPM

2                              Order of the Court                              24-10575

_____

Before ROSENBAUM and LUCK, Circuit Judges.

BY THE COURT:

The motion to reinstate the appeal and the motion to file documents out of time filed by Appellant Gregory Brian Myers are hereby GRANTED. The parties have 14 days after the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.